954

No. 11–6066. CONINGFORD *v.* RHODE ISLAND. C. A. 1st Cir. Certiorari denied.

No. 11–6067. CALDERON LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–6068. JORDAN *v.* WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–6076. THOMAS *v.* SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–6082. COOKE *v.* SWARTHOUT, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6089. MOORE *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 11–6100. KOTZEV *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–6105. SINKO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–6106. KING *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 11–6112. CUELLAR-MONTEJO ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6113. DONELSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–6120. BARTHOLOMEW *v.* VAN BOENING, SUPERINTENDENT, MCNEIL ISLAND CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 11–6122. WILLIAM *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–6125. DOBSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

